No. ——. HUJUS v. WASHINGTON. Super. Ct. Wash., Island County. Application for supersedeas bond presented to MR. JUSTICE BLACK, and by him referred to the Court, denied. *William B. Holland* for applicant.

No. 73. IN RE RUFFALO, 390 U. S. 544, 391 U. S. 961. The judgment heretofore issued in this case on May 28, 1968, is amended to omit the provision therein taxing costs in favor of petitioner against the Ohio State and Mahoning County Bar Associations. MR. JUSTICE STEWART took no part in the consideration or decision of this order.